**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **CAPITAL CREDIT INCORPORATED,** § § | |
| Plaintiff, § § § | Civil Action No. 1:19-cv-00797 - LY |
| v. § § | |
| **MAINSPRING AMERICA, INC. and AMAZON.COM SERVICES, INC.,** § § § § | |
| Defendant. § | |

**DECLARATION OF JOHN GOLDMARK IN SUPPORT OF DEFENDANT
AMAZON.COM SERVICES, INC.'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE LEE YEAKEL:

I, John A. Goldmark, declare as follows:

1. I represent Defendant Amazon.com Services, Inc. ("Amazon") in the above-entitled litigation. I am over 18 years of age. The statements made below are true to the best of my knowledge and belief.

2. Attached as **Exhibit A** is a true and correct copy of Amazon's Answer to Capital Credit Incorporated ("CCI") and Mainspring America, Inc.'s ("Mainspring") Arbitration Complaint, dated January 30, 2019.

2. Attached as **Exhibit B** is a true and correct copy of CCI and Mainspring's Locale Contentions from the related arbitration, dated April 1, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 13th day of April, 2020.

_____
John Goldmark

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew K. Davis
Wendy D. Dawer
JONES, DAVIS & JACKSON, PC
15110 Dallas Parkway, Suite 300
Dallas, Texas 75248
Phone: (972) 733-3117
*Attorneys for Plaintiff*

John H. Ray, III
RAY & COUNSEL, P.C.
10044 South Levin Street
Chicago, IL  60643
Phone:  (312) 772-6420
*Attorneys for Defendant Mainspring America, Inc.*

DATED this 13th day of April, 2020.

                                                                               */s/ Jonah Jackson*