**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **CAPITAL CREDIT INCORPORATED,** § § | |
| **Plaintiff,** § § | **Civil Action No. 1:19-cv-00797 - LY** |
| v. § § | |
| **MAINSPRING AMERICA, INC. and** § **AMAZON.COM SERVICES, INC.,** § § | |
| **Defendant.** § | |

## [PROPOSED] ORDER GRANTING DEFENDANT AMAZON.COM SERVICES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER VENUE

This matter came before the Court on Defendant Amazon.com Services, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue (the "Motion"). The Court reviewed the Motion and its supporting papers, any response and reply briefs and their supporting papers. Having been fully informed:

IT IS ORDERED that the Motion is GRANTED. Plaintiff Capital Credit Incorporated's claims against Amazon.com Services, Inc. are DISMISSED without prejudice for lack of personal jurisdiction.

SIGNED this _____ day of April, 2020.

---

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE